IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02102-PAB

ADIDE JEAN-GEORGES,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden, Denver Contract Detention Facility,
GEORGE VALDEZ, in his official capacity as Denver Field Office Director, U.S. Immigration and Customs Enforcement,
DAVID VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Acting U.S. Attorney General,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 10] of Judge Philip A. Brimmer entered on May 27, 2026, it is

ORDERED that petitioner Adide Jean-Georges's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 16th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
    Deputy Clerk